No. 88–317. DUCKWORTH v. EAGAN. C. A. 7th Cir. [Certiorari granted, ante, p. 888.] Motion for appointment of counsel

granted, and it is ordered that Howard B. Eisenberg, Esq., of Carbondale, Ill., be appointed to serve as counsel for respondent in this case.